# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

JOHN TUSCHHOFF,

        Plaintiff,

v.                                          Case No:   19-1149-EFM

USIC LOCATING SERVICES, LLC,

        Defendant,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 157, filed on August 26, 2022, Defendant's Motion for Summary Judgment (Doc. 146) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Exclude Expert Causation Opinions of Dr. Harold Barkman, Jr. (Doc. 144) is GRANTED.

This case is closed.

    8/26/2022                                                             SKYLER O'HARA
        Date                                                              CLERK OF THE DISTRICT COURT

                                                                               by:  s/  Cindy McKee
                                                                                   Deputy Clerk